THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG HENRY, :
:
    Plaintiff, :
v. : 3:17-CV-1391
: (JUDGE MARIANI)
WILLIAM DREIBELBIS, et al., :
:
    Defendants. :

## ORDER

**AND NOW, THIS 13th DAY OF MARCH, 2019,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 31) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 31) is **ADOPTED** for the reasons set forth therein.

2. The above captioned matter is **DISMISSED WITH PREJUDICE** in accordance with the parties' "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii)" (Doc. 29).

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge